

NOV 03 2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Nooraldeen HIJAZI,<br><br>　　　　　　Defendant. | Case No.:  20MJ9931<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 26th, 2020, within the Southern District of California, defendant, Nooraldeen HIJAZI, did knowingly and intentionally import 500 grams or more to wit: approximately 0.82 kilograms (1.81 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Riaan Roberts, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on November __3__, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

2

UNIED STATES OF AMERICA
v.

Nooraldeen HIJAZI

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Riaan Roberts.

On October 26, 2020, at approximately 11:47 p.m., Nooraldeen HIJAZI (HIJAZI) applied for entry at the Calexico, California West Port of Entry through the pedestrian primary lanes. United States Customs and Border Protection Officer (CBPO) Nazary was assigned to the primary booths at the time HIJAZI approached and gave a negative customs declaration. CBPO Nazary noted a computer-generated alert and referred HIJAZI to the secondary inspection area for further inspection.

In pedestrian secondary, CBPO Mendez and his Human Narcotics Detection Dog (HNDD) conducted a canine inspection of the food products HIJAZI was carrying. The HNDD subsequently alerted to a bag of cinnamon rolls. CBPO Weisskopf conducted a pat-down and inspected the packages of cinnamon rolls carried by HIJAZI. Inside the cinnamon rolls, CBPO Weisskopf discovered two clear plastic packages containing a white crystalline substance. The two packages were turned over to CBPO Arredondo for testing. CBPO Arredondo tested a sample of the white crystalline substance with the GEMINI machine which yielded positive results for the presence of methamphetamine. The

1 | combined weight of the methamphetamine was approximately 0.82 kilograms (1.81
2 | pounds).

3 |
4 | HIJAZI was arrested and charged with a violation of Title 21, United States Code,
5 | 952 and 960, for Importation of a Controlled Substance, and was issued a Notice to Appear
6 | dated December 11, 2020 at 8:00 a.m.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28